IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES AARON ROPER, #211251, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:04-cv-1156-MEF |
| ) | |
| DONAL CAMPBELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on February 2, 2007 (Doc. #26), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1. The defendants' motion for summary judgment is GRANTED.

2. The plaintiff's challenge to his internal classification as a sex offender during his incarceration in the Alabama prison system is DISMISSED with prejudice.

3. The plaintiff's challenge to the Alabama Community Notification Act is DISMISSED without prejudice as this challenge is not yet ripe.

4. No costs are taxed herein.

5. This case is DISMISSED.

DONE this the 22nd day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE